United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

RUBEN PASTRANA                          *
                                        *
v.                                      *        CIVIL ACTION No. B-97-216
                                        *
UNITED STATES OF AMERICA AND            *
MARCOS CHARLES                          *

## ORDER GRANTING DEFENDANT
## MARCOS CHARLES'S MOTION TO DISMISS

Today this Court considered Defendant Marcos Charles's Motion to Dismiss this suit, as it pertains to him, on the basis that the allegations raised against him are time barred. Having held a hearing on this matter and considering the arguments of counsel, this Court is of the opinion that Defendant Marcos Charles's motion correctly asserts that the suit against him was filed three months after limitations period for this action expired. See Wilson v. Garcia, 471 U.S. 261, 279 (1985) and McGuire vs. Turnbo, 137 F.3d 321 (5th 1998).

THEREFORE, IT IS ORDERED that Defendant Marcos Charles's Motion to Dismiss be GRANTED and the allegations raised herein against him be DISMISSED for want of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

Signed this 18 day of Nov / 1998 in Brownsville, Texas.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE
Presiding Judge
Order of Reference Under 28 U.S.C. 636(c)