26

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUBEN PASTRANA | § § | |
| VS. | § | CIVIL ACTION NO. B-97-216 |
| UNITED STATES OF AMERICA AND MARCOS CHARLES | § § § | |

TYPE OF CASE:  __X__ CIVIL    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**FINAL PRETRIAL CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE 500 E. 10TH STREET BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED-TO-DATE AND TIME: |
| JANUARY 15, 1999 AT 10:00 A.M. | JANUARY 19, 1999 AT 10:00 A.M. |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: JANUARY 12, 1999

TO:  MR. MICHAEL COWEN
     MS. NANCY MASSO