*30*

United States District Court
Southern District of Texas
ENTERED

JAN 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **RUBEN PASTRANA** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-97-216** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| **MARCOS CHARLES and VARIOUS** | § | |
| **UNKNOWN OFFICERS** | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this the _28TH_ day of _JAN_, 1999, came to be considered **Plaintiff, RUBEN PASTRANA'S** Motion for Continuance and the Court is of the opinion that said motion should be GRANTED;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion for Continuance is hereby granted.

SIGNED this _28TH_ day of _JAN_, 1999.

_____
JUDGE PRESIDING

ORDER GRANTING MOTION FOR CONTINUANCE - SOLO PAGE