33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUBEN PASTRANA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION No. B-97-216 |
| | * | |
| UNITED STATES OF AMERICA | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Today, this Court considered Defendant's Unopposed Motion for Continuance of the June 7, 1999, bench trial of this cause. Having read the motion and noted that it is unopposed, this Court finds that the motion has been filed in good faith.

THEREFORE, IT IS ORDERED that Defendant's Motion for Continuance be GRANTED.

IT IS FURTHER ORDERED that this action rescheduled for bench trial before this Court on __25 AUG__, 1999, at 9:00 a.m.

SIGNED this __17TH__ day of __MAY__, 1999.

JOHN Wm. BLACK
United States Magistrate Judge
Referral Executed Pursuant to 28 U.S.C. 636(c)