35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUBEN PASTRANA | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-216 |
| | * | |
| UNITED STATES OF AMERICA | * | |

## ORDER CONTINUING TRIAL

CAME ON for consideration on this date, the United States of America asked that the August 25, 1999 trial of the above-entitled and numbered cause be continued due to inclimate weather conditions that restricted the travel of several of its witnesses. Counsel for Plaintiff does not oppose this request. Having considered the United States' contentions, the Court is of the opinion that the request to continue the August 25, 1999 trial should be and shall be **GRANTED.**

IT IS THEREFORE ORDERED that the trial scheduled for August 25, 1999 at 9:00 a.m. be continued to August 30, 1999 at 9:00 a.m.

SIGNED on this the 25 day of AUGUST, 1999, in Brownsville, Texas.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE