United States District Court
Southern District of Texas
ENTERED

OCT 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| RUBEN PASTRANA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-216 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| AND MARCOS CHARLES | § | |

## MEMORANDUM

Ruben Pastrana ("Pastrana") has brought suit against the United States of America pursuant to the Federal Tort Claims Act ("FTCA") claiming that at the time of his arrest for transporting illegal aliens he was roughed up by Border Patrol Agents and held in custody for several hours without being fed.

Trial commenced on August 30, 1999. After hearing all the evidence, the argument of counsel and reviewing extensive medical records. The court makes the following findings of fact:

1. On June 29, 1995, Ruben Pastrana was arrested by Marcos Charles, an agent of the United States Border Patrol and charged with transporting illegal aliens.

2. After his arrest, Pastrana was taken to a Border Patrol facility near Hebbronville, Texas, where he was held overnight.

3. On June 30, 1995, Pastrana appeared before U.S. Magistrate Judge Marcel Notzon for an initial appearance.

4. At the time of the initial appearance, Pastrana complained of having been treated roughly at the time of his arrest and not having been fed overnight.

5. Mr. Pastrana has an extensive history of injuries resulting from accidents.

6. Mr. Pastrana's physician, Raul Garza, M.D. of San Benito, Texas, testified that Mr. Pastrana's current complaints of back, hands, rib and shoulder pain could all be attributed to his prior accident history.

7. Assuming that Mr. Pastrana was treated roughly by the Border Patrol, he suffered no damages.

8. Agent Charles' recitation of the arrest is believable. He testified that Pastrana caused no trouble when he was arrested and that he submitted willingly to being handcuffed and placed in the Border Patrol vehicle.

9. I find Mr. Pastrana's testimony about the abuse he suffered at the hands of the Border Patrol not credible.

Done at Brownsville, Texas this 5th day of October 1999,

John Wm. Black
United States Magistrate Judge