42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

OCT 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUBEN PASTRANA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-216 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| AND MARCOS CHARLES | § | |

## FINAL JUDGMENT

After hearing the evidence in this case, reviewing the exhibits and hearing the argument of counsel it is the Judgment of the Court that Ruben Pastrana take nothing by his suit against the United States of America.

IT IS THEREFORE **ORDERED** that this case be and the same is **DISMISSED** with prejudice with costs taxed against Plaintiff.

Done at Brownsville, Texas, this 5th day of October 1999.

John Wm. Black
United States Magistrate Judge