46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
MAY 16 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUBEN PASTRANA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-216 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

### ORDER

Pending before this Court is Plaintiff's Motion for Appointment of an Attorney and for the Transcript to be Paid by the Government. (Docket No. 45). After considering said motion, the Court is of the opinion that this motion should be **DENIED**. Plaintiff is responsible for securing his own attorney and further is responsible for all costs associated with forwarding a transcript to the Fifth Circuit Court of Appeals.

DONE at Brownsville, Texas on May 16, 2000.

John Wm. Black
United States Magistrate Judge