IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-41491

---

RUBEN PASTRANA

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 5, 2001, for want of prosecution. The appellant failed to timely make financial arrangments with court reporter.

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    By: _____
                    Tabitha Casimier Tobias, Deputy Clerk

                    FOR THE COURT - BY DIRECTION

United States District Court
Southern District of Texas
FILED
MAR - 9 2001
Michael N. Milby, Clerk of Court

U.S. COURT OF APPEALS
FILED
MAR 5 2001
CHARLES R. FULBRUGE III
CLERK

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
                    Deputy
New Orleans, Louisiana   3/5/01