```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED
JUN 0 6 2001
Michael N. Milby
Clerk of Court

```
RUBEN PASTRANA,              )(
       Plaintiff             )(
                             )(
VS.                          )(   CIVIL ACTION NO. B-97-216
                             )(
UNITED STATES OF AMERICA     )(
AND MARCOS CHARLES,          )(
       Defendants            )(
```

---

TRANSCRIPT OF COURT TRIAL
BEFORE THE HONORABLE JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE
AUGUST 30, 1999

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | MICHAEL R. COWEN<br>MICHAEL R. COWEN, P.C.<br>765 East 7th Street, Suite A<br>Brownsville, Texas 78520 |
| For the Defendants: | NANCY L. MASSO<br>- and -<br>JOHN B. KINCHEN<br>U.S. ATTORNEY'S OFFICE<br>600 East Harrison, Suite 201<br>Brownsville, Texas 78520 |
| Court Reporter: | Rhonda A. Martin<br>Bryant & Stingley, Inc.<br>2010 East Harrison<br>Harlingen, Texas 78550 |

Proceedings recorded by mechanical stenography,
transcript produced by computer.

ORIGINAL

BRYANT & STINGLEY, INC.
| McAllen | Harlingen | Brownsville |
|---|---|---|
| (956)618-2366 | (956)428-0755 | (956)542-1020 |