50

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 99-41491
Summary Calendar

---

D.C. Docket No. B-97-CV-216

U.S. COURT OF APPEALS
**FILED**
NOV 2 0 2001
CHARLES R. FULBRUGE III
CLERK

RUBEN PASTRANA

      Plaintiff - Appellant

United States District Court
Southern District of Texas
FILED
JAN 0 2 2002
Michael N. Milby
Clerk of Court

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before KING, Chief Judge, and DAVIS and EMILIO M. GARZA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: DEC 2 7 2001

OP-S-J-1

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy

New Orleans, Louisiana DEC 2 7 2001

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

United States District Court
Southern District of Texas
RECEIVED
JAN 0 2 2002
Michael N. Milby, Clerk

December 27, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

       No. 99-41491 Pastrana v. USA
       USDC No. B-97-CV-216

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume     (   ) Envelopes     ( 1 ) Box

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Todd W. Smith, Deputy Clerk

cc: (letter only)
    Honorable John W Black
    Mr Ruben Pastrana
    Ms Nancy Lynn Masso
    Mr Keith Orlando Edward Wyatt

MDT-1